UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :
                                :   Hon. Katharine S. Hayden
          v.                    :
                                :   No. 09-cr-709 (KSH)
SADIEL GONZALEZ,                :
JOEL GONZALEZ,                  :   ORDER FOR CONTINUANCE
SHAWN GILFORD,                  :
ALBERTO PLA and                 :
GREG JOHNSON                    :
  ^Gregory

An indictment charging defendants SADIEL GONZALEZ (Alan Bowman, Esq. appearing), JOEL GONZALEZ (Randy Davenport, Esq. appearing), SHAWN GILFORD (Michelle Adubato, Esq. appearing), ALBERTO PLA (Alex Booth, Esq. appearing) and GREG [Gregory] JOHNSON (Ruth Liebesman, Esq. appearing) with conspiracy to distribute 100 grams or more of heroin in violation of Title 21 U.S.C. § 846, defendants SADIEL GONZALEZ, JOEL GONZALEZ and GREG [Gregory] JOHNSON with distribution and possession with intent to distribute 100 grams or more of heroin in violation of 21 U.S.C. §§ 841(a) and (b)(1)(B), defendant SHAWN GILFORD with being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1) and defendants SADIEL GONZALEZ and SHAWN GILFORD with retaliation against an witness in violation of 18 U.S.C. §§ 1513(b)(2) and (f), having been filed on September 21, 2009; and defendants having been represented by the undersigned defense counsel appearing before the Court on October 6, 2009 for an arraignment; and defendants and their counsel being aware that a trial must be held within 70 days of the filing of the indictment on this

charge, pursuant to Title 18, United States Code, Section 3161(b); and no continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), so that the parties could attempt to reach a plea agreement; the Government and defendants hereby request a continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(A) in order to permit the time necessary to afford the parties the opportunity to reach plea agreements which would thereby render trial of this matter unnecessary;

IT IS on this 6th day of October, 2009

ORDERED that from the date this Order is entered, to and including December 7, 2009, shall be excluded in calculating the time within which a trial must be held under the Speedy Trial Act for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and defendants desire additional time to negotiate pleas in Court, which would thereby render trial of this matter unnecessary.

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the

continuance outweigh the best interest of the public and the defendants in a speedy trial.

SEEN AND AGREED:

_____
Rodney Villazor
Assistant U.S. Attorney


_____
Alan Bowman, Esq.
Counsel for Sadiel Gonzalez

_____
Randy Davenport, Esq.
Counsel for Joel Gonzalez

_____
Michelle Adubato, Esq.
Counsel for Shawn Gilford


_____
Alex Booth, Esq.
Counsel for Alberto Pla


_____
Ruth Liebesman, Esq.
Counsel for Greg Johnson

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge