UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 09-709 (KSH) |
| v. | : Hon. Katharine S. Hayden |
| GREGORY JOHNSON | : <u>Order Correcting Indictment</u> |

An Indictment having been filed with this Court against defendant GREG JOHNSON on or about September 21, 2009; and that Indictment having misspelled defendant's first name as "GREG" instead of the correct spelling of "GREGORY"; the Government respectfully requests the Court enter this Order amending the Indictment so that defendant's name appears as "GREGORY JOHNSON" in this matter; and defendant GREGORY JOHNSON consenting to the entry of such Order.

IT IS on this 21st day of October, 2009,

ORDERED that the Indictment shall be amended to change the name of defendant "GREG JOHNSON" to "GREGORY JOHNSON" and that the record in this matter should reflect the defendant as "GREGORY JOHNSON" for any and all purposes.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge