UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | No. 09-cr-709 (KSH) |
| GREGORY JOHNSON | : | ORDER FOR CONTINUANCE |

An indictment charging defendant GREGORY JOHNSON (Ruth Liebesman, Esq. appearing) with conspiracy to distribute 100 grams or more of heroin in violation of Title 21 U.S.C. § 846 and possession and distribution of 100 grams or more of heroin in violation of Title 21 U.S.C. § 841(a) and (b)(1)(B) having been filed on September 21, 2009; and defendant having been represented by the undersigned defense counsel appearing before the Court on October 6, 2009 for an arraignment; and defendant and his counsel being aware that a trial must be held within 70 days of the filing of the indictment on this charge, pursuant to Title 18, United States Code, Section 3161(b); and two continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), so that the parties could attempt to reach a plea agreement; the Government and defendant hereby request a continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(A) in order to permit the time necessary to afford the parties the opportunity to reach a plea agreement which would thereby render trial of this matter unnecessary;

IT IS on this _____ day of February, 2010

ORDERED that from the date this Order is entered, to and including April 19, 2010, shall be excluded in calculating the time within which a trial must be held under the Speedy Trial Act for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and defendant desire additional time to negotiate pleas in Court, which would thereby render trial of this matter unnecessary.

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

SEEN AND AGREED:

_____
Rodney Villazor
Assistant U.S. Attorney

_____
Ruth Liebesman, Esq.
Counsel for Greg Johnson

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge