UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA,

    -against-

GREGORY JOHNSON, et al.,

    Defendants

Docket No. 09 Cr. 709 (KSH)

---

## ORDER MODIFYING CONDITIONS OF RELEASE

This matter having come before the Court on the joint application of the Defendant Gregory Johnson (Ruth M. Liebesman, Esquire, appearing), and the United States of America (Rodney Villazor, Assistant U.S. Attorney, appearing) *with approval of the Pretrial Service Office* for an order that defendant's conditions of release be modified, and after due consideration,

IT IS ON this 27th day of April, 2010

ORDERED that Gregory Johnson's conditions of release shall be modified as follows:

1. Gregory Johnson shall remain on house arrest and subject to electronic monitoring, but shall be permitted to leave his home to work as follows:

    a. Gregory Johnson shall work at JDN Auto Sales, LLC, 701 Route 202 North, Bridgewater, NJ 08807, between the hours of 10:00 a.m. and 6:00 p.m.

    b. Gregory Johnson shall be afforded one hour and fifteen minutes to travel to and from work in each direction, so that he may leave his residence no earlier than 8:45 a.m., and must return no later than 7:15 p.m.

2. All other terms of pretrial release shall remain in full force and effect.

                                                                                _____
                                                                                The Honorable Katharine S. Hayden
                                                                                United States Magistrate Judge